IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Jelani Khamisi, | : |
| Petitioner(s), | : |
| vs. | : Case Number: 1:18cv269 |
| | : Judge Susan J. Dlott |
| Sheriff, Hamilton County, et al., | : |
| Respondent(s). | : |

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Karen L. Litkovitz filed on June 1, 2018 (Doc. 3), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired June 15, 2018, hereby ADOPTS said Report and Recommendation.

Accordingly, this case is DISMISSED for lack of prosecution.

IT IS SO ORDERED.

   s/Susan J. Dlott   
Judge Susan J. Dlott
United States District Court